IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CIRCUITO CERRADO, INC,** : | |
| Plaintiff : | |
| v. : | CIVIL ACTION NO. 10-4343 |
| : | |
| **NED T. KATURAN, et. al.,** : | |
| Defendants : | |
| : | |

**O R D E R**

**AND NOW**, this 6th day of September 2011, upon review of Defendants' Motions to Dismiss [Doc. Nos. 25 and 27] and Plaintiff's responses in opposition [Doc. Nos. 28 and 30], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motions are **DENIED.**

IT IS SO ORDERED.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**